THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL MARINE TOWING LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> M/V CECILE A. FITCH, Official No. 297854, § <br> ALONG WITH ITS ENGINES, § <br> TACKLE, APPAREL, BOILERS, § <br> FURNITURE, EQUIPMENT, § <br> APPURTENANCES, ETC., *in rem*, and § <br> CHESTER J. MARINE LLC, *in personam,* § <br> § <br> Defendants. § | Civil Action No. <br><br> ADMIRALTY |

**VERIFIED COMPLAINT**

Plaintiff, Russell Marine Towing LLC, ("Russell Marine") files this Verified Complaint seeking damages and the arrest of the M/V CECILE A. FITCH, Official No. 297854 (the "Vessel") pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims ("Supplemental Rules"), and alleges certain claims against Chester J. Marine LLC, *in personam*. In support of its Verified Complaint, Russell Marine respectfully avers as follows:

**I.**
**PARTIES**

1. Plaintiff, Russell Marine Towing LLC, is a limited liability company organized under the laws of the state of Louisiana, within the jurisdiction of this Court, with offices located in Slidell, Louisiana.

2. The Vessel, the M/V CECILE A. FITCH, Official No. 297854, is currently located or soon will be located within the Eastern District of Louisiana and the jurisdiction of this Court.

3. This is an action against the Vessel, its engines, tackle, apparel, boilers, equipment and appurtenances, etc., *in rem*, to enforce Russell Marine's maritime lien over the Vessel.

{N4015486.3}

4. Chester J. Marine LLC, is a limited liability company, with its principal place of business in Houma, Louisiana.

5. This is also an *in personam* action against Defendant, Chester J. Marine LLC ("Chester J. Marine").

## II.
## JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1333 because this action is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and the Supplemental Rules For Certain Admiralty and Maritime Claims, based on both maritime tort and maritime contract.

7. Venue is proper in this district because the Vessel is located or will soon be located within this district, in accordance with 28 U.S.C. § 1391(b).

## III.
## STATEMENT OF FACTS

8. On or about February 2020, Russell Marine engaged Chester J. Marine to tow barges owned and operated by various companies on and through the navigable waters of the states of Louisiana and Texas pursuant to an oral towage agreement.

9. The agreement between Russell Marine and Chester J. Marine involved the towing Vessel, the M/V CECILE A. FITCH, which was to push barges between various locations in Louisiana and Texas.

10. Pursuant to that towing agreement, on or about February 24, 2020, the Vessel delivered its tow, including the barge SCF 16109 B. While in transit and waiting lock turn at Algiers Locks, it was discovered that the barge SCF 16109 B was taking on water and had a hole in its bow void and #1 wing tank.

11. Russell Marine incurred the damages for repairing barge SCF 16109 B in the amount of $25,531.25. (Exhibit "A," Accounting of Russell Marine Towing Damages, Reference to 1st Tow). Those damages were not recovered from Chester J. Marine, the party at fault for the damages to the SCF barge.

12. Further, pursuant to the towage agreement between Russell Marine and Chester J. Marine, on or about February 27, 2020, the Vessel undertook the tow of six (6) barges from New Orleans for delivery in Intracoastal City (2 barges), Lake Charles (3 barges), and Channelview, Texas (1 barge).

13. The owner and operator of the Vessel ordered the Vessel to stop mid-transit at IntraCoastal Water Way (ICW) mile marker 86. The Vessel and barges under tow remained stopped at that location for over 24 hours. (Exhibit "B," Letter from Russell Marine Towing LLC).

14. On February 28, 2020, Loey Lawtum, owner of Russell Marine contacted the owner and operator of the Vessel, Larry Fitch, to inquire as to whether the Vessel would complete its intended transit to Lake Charles. Lawtum was informed that Fitch would deliver the barges upon a promise for payment. (Exhibit "B").

15. Russell Marine promised to pay Chester J. Marine within 15 days conditioned upon the delivery of the six (6) barges to Intracoastal City, Lake Charles, and Channelview, Texas as planned. (Exhibit "B"). Russell Marine executed a promissory note memorializing the agreement. (Exhibit "B").

16. Instead of delivering the six (6) barges to Intracoastal City, Lake Charles, and Channelview, Texas pursuant to their agreement, Chester J. Marine abandoned the barges at ICW mile marker 86 to take on another job.

17. Chester J. Marine's damage to the SCF 16109 B and failure to deliver the subsequent six (6) barges under tow to Intracoastal City, Lake Charles, and Channelview, Texas pursuant to the parties oral towage agreement and Russell Marine's promissory note, caused direct and significant damages to Russell Marine, in the sum total of $336,989.96. (Exhibit "A").

## IV.
## CAUSE OF ACTION

### Breach of Contract

18. Paragraphs 1-17 are incorporated herein as if set forth in full.

19. The M/V CECILE A. FITCH and Chester J. Marine entered into a binding towage agreement with Russell Marine for the safe transit of barges between various locations in Louisiana and Texas in February 2020.

20. The oral agreement and work orders for the towage of certain barges between Russell Marine and Chester J. Marine constitute a maritime contract.

21. Chester J. Marine breached the towing agreement when it caused property damage to the SCF 16109 B, for which Russell Marine incurred damages for repair in the amount of $25,531.25. (Exhibit "A").

22. Chester J. Marine further breached the towing agreement with Russell Marine when it abandoned the six (6) barges under tow at IntraCoastal Water Way (ICW) mile marker 86 to take another job without first delivering said barges under tow to Intracoastal City, Lake Charles, and Channelview, Texas pursuant the agreement of the parties. (Exhibit "B").

23. Russell Marine incurred $115,611.90 in direct damages as a result of Chester J. Marine's abandonment of the six (6) barges under tow on February 28, 2020, including the cost of hiring other tow boats to recover and deliver the abandoned barges. (Exhibit "A," Reference to 2nd Tow).

24. Further, Russell Marine, as a result of the willful breach of the towage agreement by Chester J. Marine, has lost $195,846.81 in lost revenue from customers who now refuse to work with Russell Marine as a result of Chester J. Marine's failure to fulfill its contract. (Exhibit "A").

25. In total, Russell Marine has suffered damages in the amount of $336,989.96, for which it seeks to arrest the M/V CECILE A. FITCH for breach of the maritime contract and recover said sum from Chester J. Marine. (Exhibit "A").

26. Pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, Russell Marine is entitled to have the Vessel and her engines, tackle, apparel, boilers, equipment and appurtenances, etc., seized and held for public sale.

## V.
## DAMAGES

27. As a result of the breach of contract by the Vessel and Chester J. Marine, Russell Marine has sustained economic losses and damages that are currently expected to exceed $336,989.96. (Exhibit "A"). These losses and damages include, among other things, the economic damages incurred for the repair of the SCF 16109 B, the cost incurred in transporting and recovering the abandoned barges at mile marker 86 due to Chester J. Marine's breach of towage agreement, and the lost revenue resulting from Chester J. Marine's willful breach of said agreement.

## VI.
## PRAYER

28. **WHEREFORE**, Plaintiff, Russell Marine Towing LLC, respectfully requests:

   a. That process *in rem* pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims issue against the M/V CECILE A. FITCH, Official No. 297854, her engines, tackle, apparel, boilers, equipment and appurtenances,

    etc., *in rem,* and that all persons having or claiming any interest therein be cited to appear in and answer, under oath, all and singular the matters aforesaid, and that the said M/V CECILE A. FITCH be seized and sold to satisfy the amounts owed to Russell Marine Towing LLC, as set forth herein;

b. That this Court issue a final judgment *in rem* against the M/V CECILE A. FITCH and *in personam* against Chester J. Marine LLC, in the full amount due as set forth herein, including prejudgment interest, costs, expenses and attorneys' fees;

c. That notice of these proceedings be given to the master of the M/V CECILE A. FITCH; and

d. That this Court grant Russell Marine Towing LLC such other and further relief which it may deem just and proper.

Dated May 26, 2020.

Respectfully submitted,

*/s/ Jefferson R. Tillery*
JEFFERSON R. TILLERY (17831)
C. BARRETT RICE (30034)
JEANNE L. AMY (37012)
JONES WALKER LLP
201 St. Charles Avenue – 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:   (504) 582-8616
Facsimile:   (504) 589-8616
E-Mail:   jtillery@joneswalker.com
          brice@joneswalker.com
          jamy@joneswalker.com

**Attorneys for Plaintiff,**
**Russell Marine Towing LLC**